Troy D. Monge (SBN 217035)
E-mail: troymonge@hotmail.com
LAW OFFICES OF MARTIN TALLER, APC
2300 E. Katella Avenue, Suite 440
Anaheim, CA  92806
Tel:  714.385.8100

Attorney for Plaintiff Norma Franchina

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant Life Insurance Company of North America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORMA FRANCHINA, | Case No. 2:19-cv-04273 JFW (KSx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| HOAG MEMORIAL HOSPITAL PRESBYTERIAN/CIGNA GROUP INSURANCE, POLICY NUMBER FLK0960425, an ERISA PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be

///

in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days.

DATED: July 9, 2019     LAW OFFICES OF MARTIN TALLER, APC


By: *s/ Troy D. Monge*
TROY D. MONGE
Attorney for Plaintiff Norma Franchina


DATED: July 9, 2019     BURKE, WILLIAMS & SORENSEN, LLP


By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorney for Defendant Life Insurance Company of North America

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Troy D. Monge, counsel for Plaintiff Norma Franchina, and that I have obtained Mr. Monge's authorization to affix his electronic signature to this document.

By: *s/ Daniel W. Maguire*
DANIEL W. MAGUIRE
Attorney for Defendant Life Insurance Company of North America

LA #4840-1943-1836 v1   - 2 -   CASE NO. 2:19-cv-04273 JFW (KSx)
JOINT NOTICE OF SETTLEMENT

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES