**closed**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORMA FRANCHINA, | Case No. 2:19-cv-04273 JFW (KSx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| HOAG MEMORIAL HOSPITAL PRESBYTERIAN/CIGNA GROUP INSURANCE, POLICY NUMBER FLK0960425, an ERISA PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed as to all parties, in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  August 2, 2019

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE